TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
LAKIREDDY BALI REDDY

FILED
DEC - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAKIREDDY BALI REDDY,

Defendant,

vs.

UNITED STATES OF AMERICA,

Respondent/Plaintiff

_______________________________/

No. CR 00 40028 CW

STIPULATION TO PERMIT TRAVEL TO EGYPT

It is hereby stipulated by and between the parties of record that the terms of Defendant Lakireddy Bali Reddy's supervised release should be modified to permit him to travel with his family to Egypt bewteen the dates of December 21, 2008 and December 29, 2008. The trip has been approved by Reddy's Pretrial Officer, Mark Messner, who has been provided a copy of the itinerary.

Dated: December 3, 2008

TED W. CASSMAN,
Attorney for Defendant
LAKIREDDY BALI REDDY

Dated: December 3, 2008

STEPHEN CORRIGAN
Assistant United States Attorney